AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

2010 -2 15 2: 06

**UNITED STATES OF AMERICA**

CASE NUMBER: 3:00-cr-61-J-25MCR
USM NUMBER: 28865-018

V.

**VINCENT ALEXANDER BAKER**

Defendant's Attorney: Sylvia Irvin, Esq. (Pda)

## THE DEFENDANT

**X** admitted guilt to violation of allegation number(s) **1** of the terms of supervision as stated in the Petition for Offender Under Supervised Release (Dkt. #39).

**X** Defendant is adjudicated guilty of this offense:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct Sale of Cocaine In violation of the Standard Conditions of Release | September 25, 2008 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 25, 2010

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: March 1, 2010

Defendant:   VINCENT ALEXANDER BAKER            Judgment - Page 2 of 3
Case No.:   3:00-cr-61-J-25MCR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **fifteen (15) months**

   **X**    The Court makes the following recommendations to the Bureau of Prisons: Jesup or Coleman, FPC

   **X**    The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ a.m.    p.m.   on _____.

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before p.m. on .

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                          UNITED STATES MARSHAL

              By _____
                          DEPUTY UNITED STATES MARSHAL

Defendant:    VINCENT ALEXANDER BAKER       Judgment - Page 3 of 3
Case No.:     3:00-cr-61-J-25MCR

## SUPERVISED RELEASE

After confinement, defendant shall serve **No** additional term of supervised release.

Defendant: VINCENT ALEXANDER BAKER       Judgment - Page 3 of 3
Case No.: 3:00-cr-61-J-25MCR